UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MARY S. STOTMEISTER, et al          :
                                    :
    Plaintiffs                      :
                                    :
      vs.                         :   Case No. 1:08-cv-01193 RBW
                                    :
ALION SCIENCE AND TECHNOLOGY        :
  CORP., et al                      :
                                    :
    Defendants                      :

### PRAECIPE ENTERING APPEARANCE

TO THE CLERK:

Pursuant to Local Rule 83.6(a), please enter the appearance of Thomas Patrick Ryan, Esquire, Jonathan R. Clark, Esquire, and McCarthy Wilson LLP, as counsel for the Defendant, M&M Welding & Fabricators, Inc., in the above-captioned matter.

        Respectfully submitted,

        McCARTHY WILSON LLP


        _____/s/_____
        Thomas Patrick Ryan  (348862)
        210 E. Lexington Street – Suite 300
        Baltimore, Maryland  21202
        Tel:  (410) 528-7700
        Fax:  (410) 528-7736

LAW OFFICES
McCARTHY WILSON
A LIMITED LIABILITY PARTNERSHIP
210 E. LEXINGTON STREET
SUITE 300
BALTIMORE, MD 21202
(410) 528-7700

/s/
Jonathan R. Clark  (448996)
100 South Washington Street
Rockville, MD 20850
Tel: (301) 762-7770
Fax: (301) 762-9079
Attorneys for Defendant,
M&M Welding & Fabricators, Inc.

*Attorneys for Defendant,*
*M&M Welding & Fabricators, Inc.*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 22nd day of July, 2008, a copy of the foregoing **Praecipe Entering Appearance** was electronically filed with the United States District Court for the District of Columbia, and a courtesy copy mailed, first-class, postage prepaid to:

Frederick Arnold Douglas, Esquire
Douglas, Boykin & Olden, PLLC
1401 I Street, N.W., Suite 310
Washington, DC  20005
*Attorney for Defendant District of Columbia*
  *Water & Sewer Authority*

Eileen M. O'Brien, Esquire
Thompson O'Donnell, LLP
1212 New York Avenue – Suite 1000
Washington, DC  20005
*Attorney for Cherry Hill Construction*

LAW OFFICES
McCARTHY WILSON
A LIMITED LIABILITY PARTNERSHIP
210 E. LEXINGTON STREET
SUITE 300
BALTIMORE, MD 21202
(410) 528-7700

Daniel R. Lanier, Esquire
Joseph L. Beavers, Esquire
Miles & Stockbridge, P.C.
10 Light Street
Baltimore, Maryland 21202
*Attorney for Defendant Alion Science*
 *And Technology Corporation*


Sean McDonough, Esquire
515 King Street – Suite 400
Alexandria, Virginia 22314
*Attorney for Consolidated Engineering Systems*

Norman Brooks, Esquire
Michael Hamilton, Esquire
913 North Market Street, #800
Wilmington, Delaware 19801
*Attorney for Day and Zimmerman*

Michael Burgoyne, Esquire
6 East Mulberry Street
Baltimore, Maryland 21202
*Attorney for Plaintiff, Hudert*

William P. Lightfoot, Esquire
2001 Pennsylvania Avenue, N.W.
Suite 450
Washington, DC 20006
*Attorney for Plaintiff, Mary Stotmeister*

James F. Jordan, Esquire
Jordan, Coyne & Savits
1100 Connecticut Avenue, N.W.
Suite 600
Washington, DC 20036
*Attorney for Grunley-Walsh*

LAW OFFICES
McCARTHY WILSON
A LIMITED LIABILITY PARTNERSHIP
210 E. LEXINGTON STREET
SUITE 300
BALTIMORE, MD 21202
(410) 528-7700

Jeffrey A. Taylor, Esquire
John C. Truong, Esquire
United States Attorney
555 Fourth Street, N.W.
Washington, DC  20530
*Attorneys for Third-Party Defendant, USA*

                                                    /s/
                                      Thomas Patrick Ryan

LAW OFFICES
MCCARTHY WILSON
A LIMITED LIABILITY PARTNERSHIP
210 E. LEXINGTON STREET
SUITE 300
BALTIMORE, MD 21202
(410) 528-7700