UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MARY S. STOTMEISTER, et al        :
       :
         **Plaintiffs**        :
       :
            **vs.**        :    **Case No. 1:08-cv-01193 RBW**
       :
ALION SCIENCE AND TECHNOLOGY    :
  CORP., et al        :
       :
         **Defendants**        :

## DISCLOSURE OF CORPORATE AFFILIATIONS
### AND FINANCIAL INTERESTS

I, the undersigned counsel of record for M&M Welding and Fabricators, Inc., certify that to the best of my knowledge and belief, Defendant M&M Welding and Fabricators, Inc. is not an affiliate or parent of any corporation, and no corporate, unincorporated association, partnership or other business entity, not a party to the case, has a financial interest in the outcome of this litigation as defined in LCvR7.1, which have any outstanding securities in the hands of the public.

These representations are made in order that judges of this court may determine the need for recusal.

The Defendant M&M Welding and Fabricators, Inc. was insured with Erie Insurance Group, which may have a financial interest in the outcome of the litigation.

LAW OFFICES
McCARTHY WILSON
A LIMITED LIABILITY PARTNERSHIP
210 E. LEXINGTON STREET
SUITE 300
BALTIMORE, MD 21202
(410) 528-7700

Respectfully submitted,

McCarthy Wilson LLP


by:             /s/
Thomas Patrick Ryan (348862)
210 E. Lexington Street – Suite 300
Baltimore, Maryland  21202
Tel: 410-528-7700
Fax: 410-528-7736
*Attorneys for Defendant, M&M*
*Welding and Fabricators, Inc.*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 22nd day of July, 2008, a copy of the foregoing Disclosure of Corporate Affiliations and Financial Interests was electronically filed and mailed first-class mail to the following:

Frederick Arnold Douglas, Esquire
Douglas, Boykin & Olden, PLLC
1401 I Street, N.W., Suite 310
Washington, DC  20005
*Attorney for Defendant District of Columbia*
  *Water & Sewer Authority*


Eileen M. O'Brien, Esquire
Thompson O'Donnell, LLP
1212 New York Avenue – Suite 1000
Washington, DC  20005
*Attorney for Cherry Hill Construction*

LAW OFFICES
MCCARTHY WILSON
A LIMITED LIABILITY PARTNERSHIP
210 E. LEXINGTON STREET
SUITE 300
BALTIMORE, MD 21202
(410) 528-7700

2

Daniel R. Lanier, Esquire
Joseph L. Beavers, Esquire
Miles & Stockbridge, P .C.
10 Light Street
Baltimore, Maryland  21202
*Attorney for Defendant Alion Science*
  *And Technology Corporation*


Sean McDonough, Esquire
515 King Street – Suite 400
Alexandria, Virginia  22314
*Attorney for Consolidated Engineering Systems*


Norman Brooks, Esquire
Michael Hamilton, Esquire
913 North Market Street, #800
Wilmington, Delaware  19801
*Attorney for Day and Zimmerman*


Michael Burgoyne, Esquire
6 East Mulberry Street
Baltimore, Maryland  21202
*Attorney for Plaintiff, Hudert*


William P. Lightfoot, Esquire
2001 Pennsylvania Avenue, N.W.
Suite 450
Washington, DC  20006
*Attorney for Plaintiff, Mary Stotmeister*


James F. Jordan, Esquire
Jordan, Coyne & Savits
1100 Connecticut Avenue, N.W.
Suite 600
Washington, DC  20036
*Attorney for Grunley-Walsh*

LAW OFFICES
McCARTHY WILSON
A LIMITED LIABILITY PARTNERSHIP
210 E. LEXINGTON STREET
SUITE 300
BALTIMORE, MD 21202
(410) 528-7700

3

Jeffrey A. Taylor, Esquire
John C. Truong, Esquire
United States Attorney
555 Fourth Street, N.W.
Washington, DC  20530
*Attorneys for Third-Party Defendant, USA*

_____/s/_____
Thomas Patrick Ryan

LAW OFFICES
McCARTHY WILSON
A LIMITED LIABILITY PARTNERSHIP
210 E. LEXINGTON STREET
SUITE 300
BALTIMORE, MD 21202
(410) 528-7700