UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARY S. STOTMEISTER, ET AL., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | |
| ) | |
| ALION SCIENCE & TECH. CORP, <u>et al.</u>, ) | Civ. No. 08-1193 (RBW) |
| ) | (Lead Case Civ. No.: 05-545(RBW)) |
| Defendants, ) | |
| ) | |
| _____ ) | |

**DEFENDANT UNITED STATES OF AMERICA'S MOTION
FOR AN EXTENSION OF TIME TO RESPOND TO THIRD PARTY COMPLAINT
FILED BY DAY & ZIMMERMANN GROUP SERVICES, INC.**

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, defendant United States of America respectfully moves this Court to enlarge the time from July 23, 2008, to September 8, 2008, for Defendant to respond to the Third Party Complaint filed by Day & Zimmermann Group Services, Inc. Pursuant to Local Rule 7(m), it is our understanding that counsel for Day & Zimmerman will not oppose this Motion.[1]

The Third Party Complaint was originally filed in the Superior Court of the District of Columbia, but it was removed to the District Court on July 11, 2008. Fed. R. Civ. P. 81(c)(2) requires a defendant to answer or present other defenses within 20 days after receipt through service or otherwise of a copy of the initial pleading, or within five days after the filing of the petition for removal, whichever is longer. Here, the deadline for Defendant to respond to the Third Party Complaint was on July 18, 2008, 2008, five business days from the removal date.

---

[1] Counsel for Day & Zimmerman previously consented to Defendant's request for an extension time on July 9, 2008. The undersigned counsel reached out to counsel for Day & Zimmerman again on July 22, 2008, to confirm but have not heard from counsel at the time of this filing.

See Fed. R. Civ. P. 81; Fed. R. Civ. P. 6(a) ("when the period of time prescribed or allowed is less than 11 days, intermediate Saturdays, Sundays, and legal holidays shall be excluded in the computation."). Due to excusable neglect the undersigned counsel inadvertently failed to calendar the deadline and also miscalculated the number of days that Defendant had to respond to the Third Party Complaint. In fact, the undersigned counsel thought that the deadline is today, July 23, 2008.

Specifically, after removing the Third Party Complaint to the District Court, the undersigned counsel traveled to Snowflake, Arizona, on July 14, 2008, to conduct a third party deposition in America v. Baretto, Civ. No. 03-1807 (PLF), and did not return to the office until July 16. The very next day, on July 17, 2008, the undersigned had to file a reply brief in Barnard v. DHS, Civ. No. 06-1393 (CKK) and also participated in a hearing in In re Fannie Mae Securities Litig., MDL 1688, Civ. No. 04-1369 (RJL). Given the work travel schedule and these urgent matters, it was an excusable neglect for the undersigned counsel to fail to properly calendar the deadline.

In any event, Defendant requests that it be granted 45 days to respond to the Third Party Complaint. Such enlargement of time is consistent with the 60-day period that the United States is accorded to respond to complaints under Fed. R. Civ. P. 12(a)(3). More importantly, Defendant's counsel needs the additional time to become familiar with the issues and evaluate the merit of the allegations in the Third Party Complaint. The extension of time is also needed to accommodate the undersigned counsel's trial schedule. Specifically, the undersigned counsel has a one-week bench trial in Malloy v. Jackson, Civ. No. 05-1117 (RCL), scheduled to begin on August 25, 2008. The undersigned counsel was recently assigned this matter and will need to devote substantial time from now until the trial date to prepare for trial.

Accordingly, Defendant respectfully requests that the Court grant a 45-day extension of time for Defendant to respond to Plaintiff's Complaint.

Dated: July 23, 2008.　　　　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　　　　　 /s/   Jeffrey A. Taylor
　　　　　　　　　　　　　　　　　　　　JEFFREY A. TAYLOR, D.C. BAR # 498610
　　　　　　　　　　　　　　　　　　　　United States Attorney


　　　　　　　　　　　　　　　　　　　　 /s/   Rudolph Contreras
　　　　　　　　　　　　　　　　　　　　RUDOLPH CONTRERAS, D.C. BAR #434122
　　　　　　　　　　　　　　　　　　　　Assistant United States Attorney


　　　　　　　　　　　　　　　　　　　　 /s/   John C. Truong
　　　　　　　　　　　　　　　　　　　　JOHN C. TRUONG, D.C. BAR #465901
　　　　　　　　　　　　　　　　　　　　Assistant United States Attorney
　　　　　　　　　　　　　　　　　　　　555 Fourth Street, N.W.
　　　　　　　　　　　　　　　　　　　　Washington, D.C.  20530
　　　　　　　　　　　　　　　　　　　　(202) 307-0406

　　　　　　　　　　　　　　　　　　　　Attorneys for Defendant

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| MARY S. STOTMEISTER, <u>et</u> <u>al.</u>, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>ALION SCIENCE & TECH. CORP, <u>et</u> <u>al.</u>, )<br>)<br>Defendants, )<br>)<br>_____) | Civ. No. 08-1193 (RBW)<br>(Lead Case Civ. No.:05-545(RBW)) |

**ORDER**

Upon consideration of Defendant United States of America's Motion for an Extension of Time and the entire record herein, it is this _____ day of _____, 2007,

ORDERED that Defendant United States of America's Motion for an Extension of Time be and is hereby GRANTED; and it is

FURTHER ORDERED that Defendant shall have up to, and including, September 8, 2008, to respond to a Third Party Complaint filed by Day & Zimmerman Group Services Inc.

SO ORDERED.

_____
U.S. District Judge