UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| MARY S. STOTMEISTER, ET AL., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| ALION SCIENCE & TECH. CORP, et al., | ) | Civ. No. 08-1193 (RBW) |
| | ) | (Lead Case Civ. No.: 05-545(RBW)) |
| Defendants, | ) | |
| | ) | |
| | ) | |

**NOTICE RE: CERTIFICATE OF SERVICE**

Defendant inadvertently neglected to include the Certificate of Service with the Motion for An Extension of Time (Dkt. No. 5). Therefore, Defendant hereby submits the attached Certificate of Service.

Dated: July 23, 2008.          Respectfully Submitted,


　/s/   Jeffrey A. Taylor
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney


　/s/   Rudolph Contreras
RUDOLPH CONTRERAS, D.C. BAR #434122
Assistant United States Attorney


　/s/   John C. Truong
JOHN C. TRUONG, D.C. BAR #465901
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C.  20530
(202) 307-0406
Attorneys for Defendant U.S.A.

**CERTIFICATE OF SERVICE**

I, John C. Truong, hereby certify that, on July 23, 2008, a copy <u>Defendant United States of America's Motion for An Extension of Time To Respond to Third Party Complaint Filed by Day & Zimmerman Group Services, Inc.</u>, and <u>Notice Re: Certificate of Service</u>, has been served via First Class Mail on counsel of record as follows:

William P. Lightfoot, Esquire
KOONZ, MCKENNEY, JOHNSON,
DEPAOLIS & LIGHTFOOT, P.C.
2001 Pennsylvania Avenue, NW, Suite 450
Washington, D.C. 20006

**Attorneys for Plaintiffs**

Jessica duHoffman, Esquire
Daniel R. Lanier, Esquire
Joseph L. Beavers, Esquire
MILES& STOCKBRIDGE, P.C.
10 Light Street
Baltimore, MD 21202

**Attorneys for Alion Science
and Technology Corp.**

Thomas Patrick Ryan, Esquire
McCARTHY WILSON, LLP
210 East Lexington Street, Suite 200
Baltimore, Maryland 21202

**Attorneys for M&M Welding
and Fabricators, Inc.**

Randell Hunt Norton, Esquire
Eileen M. O'Brien, Esquire
THOMPSON, O'DONNELL, LLP
1212 New York Avenue, NW, Suite 1000
Washington, D.C. 20005

**Attorneys for Cherry Hill Construction, Inc.**

Frederick Arnold Douglas, Esquire
Robert Lee Dillard, Jr., Esquire
DOUGLAS & BOYKIN, PLLC

1850 M Street, NW, Suite 640
Washington, DC 20036

**Attorneys for District of Columbia
Water & Sewer Authority**


David D. Hudgins, Esquire
Sean C.E. McDonough, Esquire
HUDGINS LAW FIRM
515 King Street, Suite 400
Alexandria, VA 22314

**Attorneys for Consolidated
Engineering Services, Inc.**

Scott E. Snyder, Esquire
LAW OFFICES OF ROGER S. MACKEY
14008 ParkEast Circle
Chantilly, VA 20151

**Attorney for Intervenor,
Travelers Property Casualty Company of America**

Norman H. Brooks, Jr., Esquire (PHV)
Theodore J. Segletes, III, Esquire (PHV)
Marks, O'Neill, O'Brien & Courtney, P.C.
913 North Market Street, #800
Wilmington, DE 19801
(302) 658-6538

**Attorneys for Defendant/Third-Party Plaintiff
Day & Zimmerman Services, Inc.**


_____//s//_____
**John C. Truong**