# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARY STOTMEISTER, *et al.* )<br>       Plaintiffs, )<br>v. )<br>ALION SCIENCE AND TECH. CORP., et al., )<br>       Defendants. ) | **Case No. 1:08-cv-01193 (RBW)** |

## NOTICE OF ENTRY OF APPEARANCE

Please enter the appearance of Daniel R. Lanier as lead counsel in this case for Defendant, Alion Science and Technology Corporation.

**Date: July 28, 2008**

                                                                     /s/
                                                           Daniel R. Lanier
                                                           D.C. Bar No.: MD04504
                                                           MILES & STOCKBRIDGE P.C.
                                                           10 Light Street
                                                           Baltimore, Maryland 21202
                                                           (410) 727-6464
                                                           dlanier@milesstockbridge.com

                                                           Attorneys for Defendant,
                                                           Alion Science and Technology Corp.

**CERTIFICATE OF SERVICE**

I certify that on **July 28, 2008** a copy of the foregoing **Notice of Entry of Appearance**

was served via Electronic Case Filing to:

>Thomas Patrick Ryan, Esquire
>McCARTHY WILSON, LLP
>210 East Lexington Street, Suite 200
>Baltimore, Maryland  21202
>**Attorneys for M&M Welding and Fabricators, Inc.**
>
>John C. Truong, Esquire
>Assistant United States Attorney
>UNITED STATES ATTORNEY' S OFFICE FOR D.C.
>555 Fourth Street, NW
>Washington, DC 20530
>**Attorney for United States of America**

and via First Class mail to:

>William P. Lightfoot, Esquire
>Koonz, McKenney, Johnson, DePaolis & Lightfoot, P.C.
>2001 Pennsylvania Avenue, NW, Suite 450
>Washington, D.C. 20006
>**Attorneys for Plaintiffs**
>
>Randell Hunt Norton, Esquire
>Molly M. Ryan, Esquire
>THOMPSON, O'DONNELL, LLP
>1212 New York Avenue, NW, Suite 1000
>Washington, D.C.  20005
>**Attorneys for Cherry Hill Construction, Inc.**
>
>Frederick Arnold Douglas, Esquire
>DOUGLAS BOYKIN & ODEN, PLLC
>1401 I Street, N.W., Suite 310
>Washington, D.C.  20005
>**Attorney for District of Columbia Water & Sewer Authority**
>
>Robert Lee Dillard, Jr., Esquire
>DOUGLAS & BOYKIN, PLLC
>1850 M Street, NW
>Suite 640
>Washington, DC 20036
>**Attorney for District of Columbia Water & Sewer Authority**

- 3 -

Michael T. Hamilton, Esquire
Theodore J. Segletes, IIII, Esquire
Norman Brooks, Esquire
MARKS, O'NEILL, O'BRIEN & COURTNEY, P.C.
913 North Market Street, #800
Wilmington, DE  19801
**Attorneys for Day & Zimmerman Group Services, Inc.**

David D. Hudgins, Esquire
Sean C.E. McDonough, Esquire
HUDGINS LAW FIRM
515 King Street, Suite 400
Alexandria, VA  22314
**Attorneys for Consolidated Engineering Services, Inc.**

Scott E. Snyder, Esquire
LAW OFFICES OF ROGER S. MACKEY
14008 ParkEast Circle
Chantilly, VA  20151
**Attorney for Intervenor, Travelers Property Casualty Company of America**

/s/
Daniel R. Lanier