**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| MARY STOTMEISTER, *et al.*    ) | |
| )                             | |
| Plaintiffs,    )              | |
| )                             | |
| v.    )                       | Case No. **1:08-cv-01193 (RBW)** |
| )                             | |
| ALION SCIENCE AND TECH. CORP., *et al.*,    ) | |
| )                             | |
| Defendants.    )              | |
| )                             | |

**CERTIFICATE REQUIRED BY LCvR 7.1 OF THE LOCAL RULES**
**OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**

I, the undersigned, counsel of record for Alion Science and Technology Corp., certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of Defendant Alion Science and Technology Corp. which have any outstanding securities in the hands of the public: None.

The St. Paul Travelers Companies, Inc. and American International Group, Inc., as Alion Science and Technology Corp.'s insurers, may have an interest in the outcome of this litigation.

These representations are made in order that the judges of this court may determine the need for recusal.

                                                        /s/
                                        Daniel R. Lanier (MD04504)
                                        MILES & STOCKBRIDGE P.C.
                                        10 Light Street
                                        Baltimore, Maryland 21202
                                        (410) 727-6464

                                        Attorneys for Defendant,
                                        Alion Science and Technology Corporation

## CERTIFICATE OF SERVICE

I certify that on **July 28, 2008** a copy of the foregoing Local Rule 7.1 Certificate of Disclosure Corporate Affiliations was served via Electronic Case Filing to:

>Thomas Patrick Ryan, Esquire
>McCARTHY WILSON, LLP
>210 East Lexington Street, Suite 200
>Baltimore, Maryland  21202
>**Attorneys for M&M Welding and Fabricators, Inc.**
>
>John C. Truong, Esquire
>Assistant United States Attorney
>UNITED STATES ATTORNEY' S OFFICE FOR D.C.
>555 Fourth Street, NW
>Washington, DC 20530
>**Attorney for United States of America**

and via First Class mail to:

>William P. Lightfoot, Esquire
>Koonz, McKenney, Johnson, DePaolis & Lightfoot, P.C.
>2001 Pennsylvania Avenue, NW, Suite 450
>Washington, D.C. 20006
>**Attorneys for Plaintiffs**
>
>Randell Hunt Norton, Esquire
>Molly M. Ryan, Esquire
>THOMPSON, O'DONNELL, LLP
>1212 New York Avenue, NW, Suite 1000
>Washington, D.C.  20005
>**Attorneys for Cherry Hill Construction, Inc.**
>
>Frederick Arnold Douglas, Esquire
>DOUGLAS BOYKIN & ODEN, PLLC
>1401 I Street, N.W., Suite 310
>Washington, D.C.  20005
>**Attorney for District of Columbia Water & Sewer Authority**
>
>Robert Lee Dillard, Jr., Esquire
>DOUGLAS & BOYKIN, PLLC
>1850 M Street, NW
>Suite 640
>Washington, DC 20036
>**Attorney for District of Columbia Water & Sewer Authority**

- 3 -

Michael T. Hamilton, Esquire
Theodore J. Segletes, IIII, Esquire
Norman Brooks, Esquire
MARKS, O'NEILL, O'BRIEN & COURTNEY, P.C.
913 North Market Street, #800
Wilmington, DE  19801
**Attorneys for Day & Zimmerman Group Services, Inc.**

David D. Hudgins, Esquire
Sean C.E. McDonough, Esquire
HUDGINS LAW FIRM
515 King Street, Suite 400
Alexandria, VA  22314
**Attorneys for Consolidated Engineering Services, Inc.**

Scott E. Snyder, Esquire
LAW OFFICES OF ROGER S. MACKEY
14008 ParkEast Circle
Chantilly, VA  20151
**Attorney for Intervenor, Travelers Property Casualty Company of America**


                                            /s/
                                    Daniel R. Lanier