## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MARY S. STOTMEISTER,** *et al.* : | |
| : | |
| **Plaintiffs,** : | |
| : | |
| v. : | Civil Action No. 1:08-cv-01193 (RBW) |
| : | |
| **ALION SCIENCE AND TECHNOLOGY** : | |
| **CORP.,** *et al.* : | |
| : | |
| **Defendants.** : | |
| : | |

## NOTICE OF ENTRY OF APPEARANCE

Pursuant to Local Rule 83.6, please enter the appearances of attorneys Randell Hunt Norton and Molly M. Ryan of Thompson O'Donnell, LLP as counsel of record for third party defendant Cherry Hill Construction, Inc.

Respectfully submitted,

THOMPSON O'DONNELL, LLP

\_/s/ Molly. M. Ryan_____ _____
Randell Hunt Norton, #187716
rhn@tomnh.com
Molly M. Ryan, #974514
mmr@tomnh.com
1212 New York Ave., N.W.
Suite 1000
Washington, D.C. 20005
202.289.1133
202.289.0275 (Fax)
*Counsel for Cherry Hill Construction, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on this  5th  day of August, 2008, a copy of the foregoing Notice of Appearance was sent via electronic filing to:

Thomas Patrick Ryan, Esq.
McCARTHY WILSON, LLP
210 East Lexington Street, Suite 200
Baltimore, Maryland 21202

John C. Truong, Esq.
U.S. ATTORNEY'S OFFICE FOR D.C.
555 4th Street, N.W.
Washington, D.C. 20530

Daniel R. Lanier, Esq.
MILES & STOCKBRIDGE P.C.
10 Light Street
Baltimore, Maryland 21202

And via First Class mail to:

William P. Lightfoot, Esq.
Koonz, McKenney, Johnson, DePaolis
& Lightfoot, P.C.
2001 Pennsylvania Avenue, N.W.
Suite 450
Washington DC 20006

Frederick Arnold Douglas, Esq.
DOUGLAS BOYKIN & ODEN, PLLC
1401 I Street, N.W., Suite 310
Washington, D.C. 20005

Robert Lee Dillard, Jr., Esq.
DOUGLAS & BOYKIN, PLLC
1850 M Street, N.W.
Suite 640
Washington, D.C. 20036

Michael T. Hamilton, Esq.
Theodore J. Segletes, III, Esq.
Norman Brooks, Esq.
MARKS, O'NEIL, O'BRIEN & COURTNEY, P.C.
913 North Market Street, #800
Wilmington, Delaware 19801

David D. Hudgins, Esq.
Sean C.E. McDonough, Esq.
HUDGINS LAW FIRM
515 King Street, Suite 400
Alexandria, Virginia 22314

                                                                         /s/ Molly M. Ryan
                                                                         Molly M. Ryan