IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **MARY S. STOTMEISTER,** *et al.* | : | |
| **Plaintiffs,** | : | |
| v. | : | Civil Action No. 1:08-cv-01193 (RBW) |
| **ALION SCIENCE AND TECHNOLOGY CORP.,** *et al.* | : | |
| **Defendants.** | : | |

**THIRD PARTY DEFENDANT CHERRY HILL CONSTRUCTION, INC.'S
CERTIFICATE REQUIRED BY LCvR 7.1**

I, the undersigned, counsel of record for third party defendant Cherry Hill Construction, Inc., certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries, or affiliates of Cherry Hill Construction, Inc. that have any outstanding securities in the hands of the public:  Perini Corporation.  Cherry Hill Construction, Inc.'s insurers, National Fire Insurance Company, successor to Transcontinental Insurance Company, may also have a financial interest in the outcome of this litigation,

These representations are made in order that judges of this court may determine the need for recusal.

        Respectfully submitted,

        THOMPSON O'DONNELL, LLP

        _/s/ Molly. M. Ryan_____ _____
        Randell Hunt Norton, #187716
        rhn@tomnh.com
        Molly M. Ryan, #974514
        mmr@tomnh.com
        1212 New York Ave., N.W.
        Suite 1000
        Washington, D.C. 20005
        202.289.1133
        202.289.0275 (Fax)
        *Counsel for Cherry Hill Construction, Inc.*

## **CERTIFICATE OF SERVICE**

     I hereby certify that on this _5th_ day of August, 2008, a copy of the foregoing Notice of Appearance was sent via electronic filing to:

Thomas Patrick Ryan, Esq.
McCARTHY WILSON, LLP
210 East Lexington Street, Suite 200
Baltimore, Maryland 21202
John C. Truong, Esq.
U.S. ATTORNEY'S OFFICE FOR D.C.
555 4th Street, N.W.
Washington, D.C. 20530

Daniel R. Lanier, Esq.
MILES & STOCKBRIDGE P.C.
10 Light Street
Baltimore, Maryland 21202

And via First Class mail to:

William P. Lightfoot, Esq.
Koonz, McKenney, Johnson, DePaolis
& Lightfoot, P.C.
2001 Pennsylvania Avenue, N.W.
Suite 450
Washington DC 20006

Frederick Arnold Douglas, Esq.
DOUGLAS BOYKIN & ODEN, PLLC
1401 I Street, N.W., Suite 310
Washington, D.C. 20005

Robert Lee Dillard, Jr., Esq.
DOUGLAS & BOYKIN, PLLC
1850 M Street, N.W.
Suite 640
Washington, D.C. 20036

Michael T. Hamilton, Esq.
Theodore J. Segletes, III, Esq.
Norman Brooks, Esq.
MARKS, O'NEIL, O'BRIEN & COURTNEY, P.C.
913 North Market Street, #800
Wilmington, Delaware 19801

David D. Hudgins, Esq.
Sean C.E. McDonough, Esq.
HUDGINS LAW FIRM
515 King Street, Suite 400
Alexandria, Virginia 22314

                                                /s/ Molly M. Ryan
                                                Molly M. Ryan