UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARY S. STOTMEISTER, individually and as personal representative of the estate of FRANCIS C. STOTMEISTER, and as Mother and next best friend of MARK J. STOTMEISTER<br><br>    Plaintiff;<br><br>v.<br><br>ALION SCIENCE AND TECHNOLOGY CORPORATION,<br><br>    Defendant/Third-Party Plaintiff,<br><br>  v.<br><br>    M&M WELDING AND FABRICATING, INC.,<br><br>        Third-Party Defendant,<br><br>    and<br><br>    CHERRY HILL CONSTRUCTION, INC.,<br><br>        Third-Party Defendant,<br><br>    and<br><br>    DC WATER AND SEWER AUTHORITY,<br><br>        Third-Party Defendant;<br><br>and<br><br>CONSOLIDATED ENGINEERING SERVICES, INC.,<br><br>    Defendant;<br><br>and<br><br>DAY & ZIMMERMAN SERVICES, INC.,<br><br>    Defendant/Third-Party Plaintiff,<br><br>  v.<br><br>    THE UNITED STATES OF AMERICA,<br><br>        Third-Party Defendant;<br><br>and<br><br>TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA,<br><br>    Intervenor. | Case No. 1:08-cv-01193 (RBW) |

{DE114871.1}

## ENTRY OF APPEARANCE

PLEASE ENTER THE APPEARANCE of **Michael T. Hamilton, Esquire** as attorney for Defendant/Third Party Plaintiff Day & Zimmerman Services, Inc.  This Entry of Appearance shall not be considered to be a waiver of any defenses or objections bases in defects in service, venue, jurisdiction, statute of limitations, or other procedural or substantive defects which may be available to Defendant/Third Party Plaintiff Day & Zimmerman Services, Inc. and Defendant/Third Party Plaintiff Day & Zimmerman Services, Inc specifically reserves its rights to answer, object, or otherwise plead the same.

      /s/   Michael T. Hamilton
Michael T. Hamilton, Esquire (474233)
Marks, O'Neill, O'Brien & Courtney, P.C.
913 Market Street, #800
Wilmington, DE  19801
(302) 658-6538
*Attorneys for Defendant/Third-Party Plaintiff*
*Day & Zimmerman Services, Inc.*

DATED:  August 15, 2008

{DE114871.1}

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARY S. STOTMEISTER, individually and as personal representative of the estate of FRANCIS C. STOTMEISTER, and as Mother and next best friend of MARK J. STOTMEISTER<br><br>    Plaintiff;<br><br>v.<br><br>ALION SCIENCE AND TECHNOLOGY CORPORATION,<br><br>    Defendant/Third-Party Plaintiff,<br><br>  v.<br><br>    M&M WELDING AND FABRICATING, INC.,<br><br>        Third-Party Defendant,<br><br>    and<br><br>    CHERRY HILL CONSTRUCTION, INC.,<br><br>        Third-Party Defendant,<br><br>    and<br><br>    DC WATER AND SEWER AUTHORITY,<br><br>        Third-Party Defendant;<br><br>and<br><br>CONSOLIDATED ENGINEERING SERVICES, INC.,<br><br>    Defendant;<br><br>and<br><br>DAY & ZIMMERMAN SERVICES, INC.,<br><br>    Defendant/Third-Party Plaintiff,<br><br>  v.<br><br>    THE UNITED STATES OF AMERICA,<br><br>        Third-Party Defendant;<br><br>and<br><br>TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA,<br><br>    Intervenor. | Case No. 1:08-cv-01193 (RBW) |

{DE114872.1}

**CERTIFICATE OF SERVICE**

I, **Michael T. Hamilton, Esquire**, of Marks, O'Neill, O'Brien & Courtney, P.C. hereby certify that on this 15th day of August, 2008, I electronically filed my **Entry of Appearance** on behalf of Defendant/ Third Party Plaintiff Day & Zimmerman Services, Inc. using the CM/ECF Electronic Case Filing System, which will send notification of such filing(s) to all counsel of record.

                                      */s/ Michael T. Hamilton*
                                  Michael T. Hamilton, Esquire (474233)