UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MARY S. STOTMEISTER, individually and as personal representative of the estate of FRANCIS C. STOTMEISTER, and as Mother and next best friend of MARK J. STOTMEISTER

    Plaintiff;

v.

ALION SCIENCE AND TECHNOLOGY CORPORATION,

    Defendant/Third-Party Plaintiff,

  v.

    M&M WELDING AND FABRICATING, INC.,

        Third-Party Defendant,

    and

    CHERRY HILL CONSTRUCTION, INC.,

        Third-Party Defendant,

    and

    DC WATER AND SEWER AUTHORITY,

        Third-Party Defendant;

and

CONSOLIDATED ENGINEERING SERVICES, INC.,

    Defendant;

and

DAY & ZIMMERMAN SERVICES, INC.,

    Defendant/Third-Party Plaintiff,

  v.

    THE UNITED STATES OF AMERICA,

        Third-Party Defendant;

and

TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA,

    Intervenor.

Case No. 1:08-cv-01193 (RBW)

{DE114861.1}

**DEFENDANT/THIRD-PARTY PLAINTIFF DAY & ZIMMERMAN SERVICES, INC.'S**
**LCvR 7.1 DISCLOSURE OF CORPORATE AFFILIATIONS AND FINANCIAL INTERESTS**

I, the undersigned counsel of record for Day & Zimmerman Services, Inc., certify that to the best of my knowledge and belief, Defendant/Third-Party Plaintiff Day & Zimmerman Services, Inc. has no parent companies, subsidiaries or affiliates (whether corporations, unincorporated associations, partnerships or other business entities) with ANY outstanding securities in the hands of the public.

The American International Group, Inc,. as Day and Zimmerman Services, Inc.'s insurer, may have an interest in the outcome of this litigation.

These representations are made in order that the judges of this court may determine the need for recusal.

Respectfully Submitted,

   */s/ Michael T. Hamilton*
Michael T. Hamilton, Esquire (474233)
Marks, O'Neill, O'Brien & Courtney, P.C.
913 North Market Street, #800
Wilmington, DE  19801
(302) 658-6538
*Attorneys for Defendant/Third-Party Plaintiff*
*Day & Zimmerman Services, Inc.*

DATED:  August 15, 2008

{DE114861.1}

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

MARY S. STOTMEISTER, individually and as personal representative of the estate of FRANCIS C. STOTMEISTER, and as Mother and next best friend of MARK J. STOTMEISTER

    Plaintiff;

v.

ALION SCIENCE AND TECHNOLOGY CORPORATION,

    Defendant/Third-Party Plaintiff,

  v.

    M&M WELDING AND FABRICATING, INC.,

        Third-Party Defendant,

    and

    CHERRY HILL CONSTRUCTION, INC.,

        Third-Party Defendant,

    and

    DC WATER AND SEWER AUTHORITY,

        Third-Party Defendant;

and

CONSOLIDATED ENGINEERING SERVICES, INC.,

    Defendant;

and

DAY & ZIMMERMAN SERVICES, INC.,

    Defendant/Third-Party Plaintiff,

  v.

    THE UNITED STATES OF AMERICA,

        Third-Party Defendant;

and

TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA,

    Intervenor.

Case No. 1:08-cv-01193 (RBW)

{DE114860.1}

## CERTIFICATE OF SERVICE

I, **Michael T. Hamilton, Esquire**, of Marks, O'Neill, O'Brien & Courtney, P.C. hereby certify that on this 15th day of August, 2008, I electronically filed **Defendant/Third-Party Plaintiff Day & Zimmerman Services, Inc.'s LCvR 7.1 Disclosure of Corporate Affiliations and Financial Interests** using the CM/ECF Electronic Case Filing System which will send notification of such filing(s) to all counsel of record.

                                            */s/ Michael T. Hamilton*
                                          Michael T. Hamilton, Esquire (474233)