UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARY S. STOTMEISTER, ET AL., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | |
| ) | |
| ALION SCIENCE & TECH. CORP, et al., ) | Civ. No. 08-1193 (RBW) |
| ) | (Lead Case Civ. No.: 05-545(RBW)) |
| Defendants, ) | |
| ) | |
| _____ ) | |

**DEFENDANT UNITED STATES OF AMERICA'S CONSENT MOTION
FOR AN EXTENSION OF TIME TO RESPOND TO THIRD PARTY COMPLAINT
FILED BY DAY & ZIMMERMANN GROUP SERVICES, INC.**

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, defendant United States of America respectfully moves this Court to enlarge the time from September 8, 2008, to October 8, 2008, for Defendant to respond to the Third Party Complaint filed by Day & Zimmermann Group Services, Inc. ("D&Z"). Pursuant to Local Rule 7(m), the parties conferred and counsel for D&Z consented.

There is good cause for the Court to grant this Motion. Defendant's counsel had hoped he would be able to file a response to D&Z's Third Party Complaint by the due date (September 8); however, it is now apparent that he will be unable to do so. Because of trial preparation in Malloy v. Jackson, Civ. No. 05-1117 (RCL), and other pressing litigation matters, the undersigned has not been able to work this matter. Specifically, during the last two weeks of August, the undersigned devoted substantial time to preparing for a bench-trial in Malloy, which eventually settled two days before trial. The undersigned then expended more time to negotiate and finalize the terms of the settlement agreement.

In addition, during the week of September 1, 2008, the undersigned counsel is scheduled to prepare and defend an expert deposition in Porter v. Johnson, Civ. No. 04-2121 (PLF). On September 5, 2008, the undersigned is scheduled to depose the plaintiff in America v. Barretto, Civ. No. 03-1807 (PLF). Given these litigation obligations, Defendant needs an additional thirty days to complete preparing a response to D&Z's Third Party Complaint.

Accordingly, Defendant respectfully requests that the Court grant a 30-day extension of time for Defendant to respond to D&Z's Third Party Complaint.

Dated: September 2, 2008.                    Respectfully Submitted,

     /s/   Jeffrey A. Taylor
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney


     /s/   Rudolph Contreras
RUDOLPH CONTRERAS, D.C. BAR #434122
Assistant United States Attorney


     /s/   John C. Truong
JOHN C. TRUONG, D.C. BAR #465901
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C.  20530
(202) 307-0406

Attorneys for Defendant U.S.A.

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| MARY S. STOTMEISTER, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | |
| ) | |
| ALION SCIENCE & TECH. CORP, et al., ) | Civ. No. 08-1193 (RBW) |
| ) | (Lead Case Civ. No.:05-545(RBW)) |
| Defendants, ) | |
| ) | |
| _____) | |

**ORDER**

Upon consideration of Defendant United States of America's Consent Motion for an Extension of Time and the entire record herein, it is this _____ day of _____, 2007,

ORDERED that Defendant United States of America's Motion for an Extension of Time be and is hereby GRANTED; and it is

FURTHER ORDERED that Defendant shall have up to, and including, October 8, 2008, to respond to a Third Party Complaint filed by Day & Zimmerman Group Services Inc.

SO ORDERED.

_____
U.S. District Judge